# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARY JANE BESTER,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BANK,<br><br>    Defendant. | Case No. 19-CV-5-JPS |
| MARY JANE BESTER,<br><br>    Plaintiff,<br><br>v.<br><br>HERTZ RENT-A-CAR,<br><br>    Defendant. | Case No. 19-CV-6-JPS |
| MARY JANE BESTER,<br><br>    Plaintiff,<br><br>v.<br><br>ASSOCIATED BANK and CAPITAL ONE BANK,<br><br>    Defendants. | Case No. 19-CV-7-JPS<br><br>**ORDER** |

  Plaintiff has filed sixteen prior lawsuits in this District, and all have been dismissed for lack of subject-matter jurisdiction or for failure to state viable claims for relief. The three at issue here are no different. As in every prior case, these actions are based on confused, delusional allegations

which do not invoke federal court jurisdiction or state any valid claims for relief. These three actions will, therefore, be dismissed with prejudice, and Plaintiff's motions for leave to proceed *in forma pauperis* in each action will be denied.

In light of her *pro se* status, this District has shown great patience with Plaintiff's prodigious litigation activities. With these latest frivolous filings, that patience now comes to an end. The Court is obliged to impose a monetary sanction in the form of a $500.00 fine. Until Plaintiff pays this sanction in full, the Clerk of the Court in this District shall return, unfiled, any papers submitted by Plaintiff except for those in defense of a federal criminal case or applying for a writ of habeas corpus. *Bradley v. Wis. Dep't of Children & Families*, 715 F. App'x 549, 550 (7th Cir. 2018), citing *Support Sys. Int'l v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995). Plaintiff may move the Court, no earlier than two years from the date of this Order, to rescind or modify this filing ban.[1]

Accordingly,

**IT IS ORDERED** that Plaintiff's motions for leave to proceed *in forma pauperis*, 19-CV-5 (Docket #2), 19-CV-6 (Docket #2), and 19-CV-7 (Docket #2), be and the same are hereby **DENIED**;

**IT IS FURTHER ORDERED** that these actions be and the same are hereby **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

**IT IS FURTHER ORDERED** that Plaintiff is fined in the amount of $500. Until this fine is fully paid, the Clerk of the Court of this District is

---

[1]Plaintiff was warned that continued meritless litigation would be sanctioned. *See, e.g.,* 18-CV-1391-LA, (Docket #4 at 3–4). She chose to ignore that warning and now finds herself subject to sanction.

directed to return unfiled any papers submitted by Plaintiff except for those in defense of a federal criminal case or applying for a writ of habeas corpus.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 22nd day of January, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge